UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



CREAMUS HOWARD,

    Plaintiff,

v.

        No. 05-72323
        Hon. Arthur J. Tarnow

PATRICIA CARUSO,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order entered on _____, 2005,

    IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan, this 24th day of June, 2005.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: /s/ [signature]
            Deputy Clerk

Approved:

s/ [signature]
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

