UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



CREAMUS HOWARD,

    Plaintiff,

                                   No. 05-72323
v.                                   Hon. Arthur J. Tarnow

PATRICIA CARUSO,

    Defendants.
_____/



## JUDGMENT

In accordance with the Order entered on   **JUN 2 4 2005**  , 2005,

    IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

    Dated at Detroit, Michigan, this _24th_ day of _June_, 2005.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  BY: _____
                                                       Deputy Clerk

Approved:

s/ _____
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE